DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
OLIVER VALDOVINOS-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Cr.S. 10-329-EJG
          Plaintiff,         )
                             )   **STIPULATION AND ORDER**
     v.                      )
                             )   DATE: October 22, 2010
OLIVER VALDOVINOS-HERNANDEZ, )   TIME: 10:00 a.m.
                             )   JUDGE: Hon. Edward J. Garcia
          Defendant.         )
                             )
_____)

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, OLIVER VALDOVINOS-HERNANDEZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 1, 2010, be continued to Friday, October 22, 2010, at 10:00 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.  In addition, the parties have just received the pre-plea presentence report.  Time is needed to review that report and

work toward possible resolution of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 22, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 27, 2010   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
OLIVER VALDOVINOS-HERNANDEZ

DATED: September 27, 2010   BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 22, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: September 28, 2010.        /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge

**2**