DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
OLIVER VALDOVINOS-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )              Plaintiff, ) )    v. ) ) OLIVER VALDOVINOS-HERNANDEZ,) )              Defendant. ) ) _____) | Cr.S. 10-329-EJG  **STIPULATION AND ORDER**  DATE: November 12, 2010 TIME: 10:00 a.m. JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, OLIVER VALDOVINOS-HERNANDEZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 22, 2010, be continued to Friday, November 12, 2010, at 10:00 a.m..  This continuance is requested to allow defense counsel time to travel to Butte County in order to review a revised plea agreement with the defendant.  With this additional time, it is anticipated that the case will resolve at the next court date.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 12, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 18, 2010      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
OLIVER VALDOVINOS-HERNANDEZ

DATED: October 18, 2010      BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 12, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: October 20, 2010.      /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

2